## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 4/14/17

In re:   Case No.:   17−15159 WIL     Chapter:   7

Christopher Linley Jaffier
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:        **Voluntary Petition**

PROBLEM:         **The Statement of Intention is missing.**

CURE:            **The Statement of Intention shall be filed with the Court by the date below. A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 5/15/17 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Dominique Ramzziddin  301−344−3594

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form stint (03/05)