United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 17-15159-WIL
Christopher Linley Jaffier                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0        User: dramzzidd        Page 1 of 1              Date Rcvd: Apr 14, 2017
                           Form ID: 309A          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2017.
db              +Christopher Linley Jaffier,    2205 Dryden Ct,    Waldorf, MD 20601-3783
30109347         Chase Card Services,    PC Box 1423,    Charlotte, NC 28201-1423
30109349        +Comptroller of Maryland,    110 Carroll St,    Annapolis, MD 21411-0001
30109354        +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                 Baltimore, MD 21201-2305
30109345         First Progress,    PO Box 9053,    Johnson City, TN 37615-9053
30109348        +PayPal Debit Card Department,    PO Box 45950,    Omaha, NE 68145-0950
30109353        +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                 Baltimore, MD 21201-2225
30109352        +Taxing Authority of,    Charles County-Treasurer,    PO Box 2150,    La Plata, MD 20646-2150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QMGWOLFF.COM Apr 14 2017 19:43:00       Michael G. Wolff,    Wolff & Orenstein, LLC,
                 15245 Shady Grove Rd.,    Suite 465, North Lobby,    Rockville, MD 20850-3222
30109344         EDI: PHINAMERI.COM Apr 14 2017 19:43:00       GM Financial,    PO Box 78143,
                 Phoenix, AZ 85062-8143
30109350        +Fax: 407-737-5634 Apr 14 2017 20:01:53       Ocwen Loan Servicing LLC,    1661 worthington Rd,
                 Suite 100,    West Palm Beach, FL 33409-6493
30109346        +EDI: RMSC.COM Apr 14 2017 19:43:00       Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
                                                                                       TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30109351        ##+Richard D. London & Associates, P.C.,    8555 16th Street,    Suite 720,
                  Silver Spring, MD 20910-2838
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
        Michael G. Wolff    trustee@wolawgroup.com,   mwolff@ecf.epiqsystems.com,dgodfrey@wolawgroup.com
                                                                                       TOTAL: 1

**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher Linley Jaffier** | | Social Security number or ITIN | **xxx–xx–6852** |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **District of Maryland** | | Date case filed for chapter  **7**  **4/13/17** | |
| Case number:  **17–15159 WIL**    Chapter:  **7** | | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Linley Jaffier | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2205 Dryden Ct Waldorf, MD 20601 | | |
| 4. | **Debtor's attorney** Name and address | **PRO SE** | | |
| 5. | **Bankruptcy trustee** Name and address | Michael G. Wolff Wolff & Orenstein, LLC 15245 Shady Grove Rd. Suite 465, North Lobby Rockville, MD 20850 | | Contact phone (301) 250–7232 Email:  **None** |

**For more information, see page 2 >**

Debtor  **Christopher Linley Jaffier**                                                    Case number **17–15159**

| 6. | **Bankruptcy clerk's office** | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770 | Visit http://www.mdb.uscourts.gov<br>for court hours |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Clerk of the Bankruptcy Court:<br>Mark A. Neal | Contact phone (301) 344–8018<br><br>Date: 4/14/17 |

| 7. | **Meeting of creditors** | **May 23, 2017 at 09:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/24/17** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

| 13. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticingor DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. |
|---|---|---|