UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
AT GREENBELT

IN RE:                                                                  BCN#:     17-15159

CHRISTOPHER LINLEY JAFFIER                         Chapter    7

      Debtor(s)

Wells Fargo Bank, N.A. as Trustee for
Harborview Mortgage Loan Trust 2006-10
and its assignees and/or
successors in interests,

v.
CHRISTOPHER LINLEY JAFFIER

### Notice of Representation

    THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

    1. The undersigned is counsel of record for Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10, a secured creditor of the above referenced Debtor(s) whose debt is secured   by real property.

    2. Counsel requests that copies of any further notices, pleadings, plans, etc. be sent to SHAPIRO & BROWN, LLP, 10021 Balls Ford Road, Suite 200, Manassas, Virginia 20109.

                                           By  /s/ Robyn A. McQuillen
                                           Kristine D. Brown, Esquire
                                           Federal I.D. Bar No. 14961
                                           William M. Savage, Esquire
                                           Federal I.D. Bar No. 06335
                                           Robyn A. McQuillen, Esquire
                                           Federal I.D. Bar No. 18550
                                           counsel for Wells Fargo Bank, N.A. as Trustee
                                           for Harborview Mortgage Loan Trust 2006-10
                                           SHAPIRO & BROWN, LLP
                                           10021 BALLS FORD ROAD, SUITE 200
                                           MANASSAS, VIRGINIA 20109
                                           (703) 449-5800   17-265880

CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of April, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

MICHAEL G WOLFF
GOREN, WOLFF & ORENSTEIN, LLC
15245 SHADE GROVE ROAD
SUITE 465, NORTH LOBBY
ROCKVILLE, MD 20850

                             Chapter 7 Trustee

  I hereby further certify that on the 26th day of April, 2017, a copy of the Notice of Appearance was also mailed first class mail, postage prepaid to:

Christopher Linley Jaffier
2205 Dryden Ct              Debtor(s)
Waldorf, MD 20601

                 <u>/s/ Robyn A. McQuillen</u>
                Kristine D. Brown, Esquire
                Federal I.D. Bar No. 14961
                William M. Savage, Esquire
                Federal I.D. Bar No. 06335
                Robyn A. McQuillen, Esquire
                Federal I.D. Bar No. 18550
                SHAPIRO & BROWN, LLP
                10021 BALLS FORD ROAD, SUITE 200
                MANASSAS, VIRGINIA 20109
                (703) 449-5800