Notice of Undeliverable Mail to Debtor

April 16, 2017

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Christopher Linley Jaffier, Case Number 17-15159, WIL

FILED

2017 MAY -2  AM 11: 14

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Greenbelt**
**Greenbelt Division**
**6500 Cherrywood Lane, Ste. 300**
**Greenbelt, MD 20770**

---

Undeliverable Address:
Richard D. London & Associates, P.C.
8555 16th Street
Suite 720
Silver Spring, MD 20910

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

RICHARD D. LONDON + ASSOCIATES, P.C.

2441 LINDEN LANE, SILVER SPRING, MD 20910

1

20508007682020

_____          _5 - 2 - 2017_
Signature of Debtor or Debtor's Attorney                    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

007675          20508007682020