Pd # 31.00
Rec # 20098996

# United States Bankruptcy Court
## District of Maryland

FILED

2017 MAY -2  AM 11: 14

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

In Re: **Christopher Jaffier**

Case Number: **17-15159**

Debtor(s)

Chapter: **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **05/02/2017**

Signature of Debtor(s): /s/
/s/

American Service Center Associates, LLC
585 North Glebe Rd
Arlington, VA 22203


Bank United FSB
7815 NW 148th Street
Miami Lakes, FL 33016


TD Auto Finance
c/o DaimlerChrysler Financial Services Americas LLC
P.O. Box 9223
Farmington, Hills, MI 48333


GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702


Laura O'Sullivan
312 Marshall Ave
Suite 800
Laurel, MD 20707


McCabe, Weisburg & Conway, LLC
312 Marshall Ave
Suite 800
Laurel, MD 20707


Mercedes-Benz Financial
P.O. Box 9001921
Louisville, KY 40290


Ocwen Loan Servicing
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409


Patterson Proficiency
2382 Audrey Manor Ct
Waldorf, MD 20603


Paypal Credit Card
P.O. Box 105658
Atlanta GA 30348-5658

Richard London
2441 Linden Lane
Silver Spring, MD 20910


Wells Fargo Bank, N.A, as Trustee for Harborview Mortgage Loan Trust
P.O. Box 10335
Des Moines, IA 50306-0335


Wells Fargo Bank, N.A.
P.O. Box 10335
Des Moines, IA 50306-0335