UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:  Bankr. Case No. 17-15159-WIL-7

Christopher Linley Jaffier  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on April 21, 2017 :

| | |
|---|---|
| Christopher Linley Jaffier<br>2205 Dryden Ct<br>Waldorf, MD 20601 | Michael G. Wolff<br>15245 Shady Grove Rd.<br>Suite 465, North Lobby<br>Rockville, MD 20850 |

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx94149 / 925217