**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:  Miscellaneous Proceeding to Remove Robyn A. McQuillen, Esq., and Substitute Kristine D. Brown, Esq. as Counsel | Miscellaneous Case No. _____ |

### ORDER GRANTING MISCELLANEOUS PROCEEDING
### TO SUBSTITUTE COUNSEL

This matter is before the Court on Shapiro & Brown, LLP's Miscellaneous Proceeding to remove Robyn A. McQuillen, Esq. (Federal Bar No. 18550) and substitute Kristine D. Brown, Esq. (Federal Bar No. 14961) as Counsel for the parties represented in the cases listed in Exhibit A filed with the Miscellaneous Proceeding, the lack of opposition thereto and the record herein, it is

ORDERED that the relief requested in the Miscellaneous Proceeding is GRANTED and it is further